# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *McNeal v. Bayer Schering Pharma AG et al* | No. 10-cv-11307-DRH |
| *Tessie Latiolas, et al. v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11310-DRH |
| *Janet Damond v. Bayer Corporation, et al.* | No. 10-cv-11374-DRH |
| *Blakely Wall v. Bayer Corporation, et al.* | No. 10-cv-11387-DRH |
| *Charis Williamson v. Bayer Corporation, et al.* | No. 10-cv-11407-DRH |
| *Shari Jackson-Echols v. Bayer Corporation, et al* | No. 10-cv-11428-DRH |
| *Alexis Alexander v. Bayer Corporation, et al.* | No. 10-cv-11875-DRH |
| *Della Fleming v. Bayer Corporation, et al.* | No. 10-cv-11941-DRH |
| *Tiffany Ivory v. Bayer Corporation, et al.* | No. 10-cv-11968-DRH |
| *Jessica Richardson v. Bayer Corporation, et al.* | No. 10-cv-12087-DRH |
| *Lenora Reese v. Bayer Corporation, et al.* | No. 10-cv-12094-DRH |
| *Alice Watson v. Bayer Corporation, et al.* | No. 10-cv-12126-DRH |
| *Larisa Hardie v. Bayer Corporation, et al.* | No. 10-cv-12666-DRH |
| *Loretta Burns v. Bayer Corporation, et al.* | No. 10-cv-12686-DRH |
| *Ju Gomez v. Bayer Corporation, et al.* | No. 10-cv-12687-DRH |
| *Nancy Richardson v. Bayer Corporation, et al.* | No. 10-cv-12706-DRH |
| *Kimberly Sutton v. Bayer Corporation, et al.* | No. 10-cv-12738-DRH |

*Jacklyn Waites v. Bayer Corporation, et al.*          No. 10-cv-12743-DRH

*Delma Reyes v. Bayer Corporation, et al.*          No. 10-cv-12765-DRH

*Christy Walton v. Bayer Schering Pharma AG, et al.*          No. 10-cv-13076-DRH

*Karen Zuanich v. Bayer Schering Pharma AG, et al.*          No. 10-cv-13079-DRH

*Sade Stephens v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-13628-DRH

*Robin Hackler v. Bayer HealthCare Pharmaceuticals Inc., et al.*          *No. 10-cv-13811-DRH*

*Shawntai Williams v. Bayer Corporation, et al.*          *No. 10-cv-13857-DRH*

*Yvonne Reed v. Bayer Corporation, et al.*          *No. 10-cv-13863-DRH*

*Caitlin Lilly v. Bayer Corporation, et al.*          *No. 10-cv-13869-DRH*

*Veronica Granados, et al. v. Bayer Schering Pharma AG, et al.*          No. 11-cv-10345-DRH

*Moria Webb, et al. v. Bayer Schering Pharma AG, et al.*          No. 11-cv-10434-DRH

*Saby Jimenez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 11-cv-10871-DRH

*Jessica Mulhall v. Bayer Corporation, et al.*          No. 11-cv-11559-DRH

*Cory Hagen, et al. v. Bayer Pharma AG, et al.*          No. 11-cv-12272-DRH

*Jacquline Creekmore v. Bayer Corporation, et al.*          No. 11-cv-13257-DRH

*Gloria Romero v. Bayer Corporation, et al.*          No. 12-cv-10468-DRH

*Georgia Lee v. Bayer Corporation, et al.*          No. 12-cv-10490-DRH

*LaToya Sanders v. Bayer Corporation, et al.*          No. 12-cv-10754-DRH

*Megan Lambert, et al. v. Bayer Pharma AG, et al.*          No. 12-cv-11449-DRH

*Martha Ponce v. Bayer Corporation, et al.*          No. 12-cv-11594-DRH

*Tammiah Tuggle v. Bayer Corporation, et al.*          No. 13-cv-10008-DRH

| | |
|---|---|
| *Jacqueline Lewis v. Bayer Corporation, et al* | No. 13-cv-10084-DRH |
| *Francena Griswold v. Bayer Corporation, et al.* | No. 13-cv-10100-DRH |
| *Karen Wysinger v. Bayer Corporation, et al.* | No. 13-cv-10123-DRH |
| *Jennifer Gibson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10554-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders of dismissal signed on August 10, 2015 and the Stipulations of Dismissal previously filed, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:  /s/***Caitlin Fischer*
         **Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.08.12
10:10:52 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT

3